```
 1  Renee Choy Ohlendorf (SBN 263939)
    HINSHAW & CULBERTSON LLP
 2  11601 Wilshire Blvd.
    Suite 800
 3  Los Angeles, CA 90025
    Telephone:  310-909-8000
 4  Facsimile:   310-909-8001

 5  Attorneys for Defendant GC Services, LP
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| Dena Woodward, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GC Services, a limited partnership, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV14-00560-JFW-JCG<br><br>(Assigned to the Honorable John F. Walter, Courtroom "16")<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Action Filed:   January 23, 2014 |
|---|---|

**TO THIS HONORABLE COURT:**

Plaintiff Dena Woodward and Defendant GC Services, LP stipulate to the dismissal of this matter, on the merits, with prejudice, all parties to bear her or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED:**

DATED: June 16, 2014                     HIGBEE & ASSOCIATES


By:   *s/Julianne Vandergrift*
      Mathew K. Higbee
      Julianne Vandergrift
      Attorneys for Plaintiff Dena Woodward

1
STIPULATION TO DISMISS

31544251v1 0955518

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 16, 2014 | HINSHAW & CULBERTSON LLP |
| 3 | | |
| 4 | | |
| 5 | | By: *s/Renee Choy Ohlendorf* |
| 6 | | Renee Choy Ohlendorf<br>Attorneys for Defendant GC SERVICES, LP |

31544251v1 0955518


# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On June 16, 2014, I served the within **STIPULATION TO DISMISS WITH PREJUDICE** on the following attorney(s) of record and/or interested parties in this action, by placing a true and correct copy(ies) thereof enclosed in sealed envelope(S), addressed as follows, by the following means:

| | |
|---|---|
| Mathew K. Higbee, Esq.<br>Julianne Vandergrift, Esq.<br>Higbee & Associates<br>1504 Brookhollow Dr,, Ste. 112<br>Santa Ana, CA 92705<br>Tel: 714-617-8385<br>Fax: 714-617-8511<br>jvandergrift@higbeeassociates.com | Attorneys for Plaintiff |

☐ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY E-MAIL OR ELECTRONIC TRANSMISSION):** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person[s] at the e-mail address[es] set forth herein. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

Executed on June 16, 2014, at Los Angeles, California.

**(FEDERAL):** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct

/s/ Melanie Davis
MELANIE DAVIS

3
MASTER CAPTION

31544251v1 0955518